## Commonwealth v. Garrett, Appellant.

Argued September 15, 1965. *David C. Harrison,* with him *Kramer, Krauss and Harrison,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

MONTGOMERY and HOFFMAN, JJ., dissent and would discharge the defendant-appellant as having completed his sentence.

FLOOD, J., absent.